1                                                **JS-6 / ENTERED**

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11

12  PRENTICE A. HALE,              )   Case No. CV 12-1906-JPR
                                   )
13            Plaintiff,           )   **JUDGMENT**
                                   )
14       v.                        )
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner of the Social     )
16  Security Administration,       )
                                   )
17            Defendant.           )
    _____ )

18

19      For the reasons set forth in the accompanying Memorandum

20  Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1)

21  Plaintiff's request for an order remanding the case for further

22  proceedings is GRANTED; (2) the Commissioner's request for an

23  order affirming the Commissioner's final decision and dismissing

24  the action is DENIED; and (3) judgment is hereby entered in

25  Plaintiff's favor.

26

27  DATED: January 7, 2013        _____
                                  JEAN ROSENBLUTH
28                                U.S. Magistrate Judge